UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

John Krieger and Christina Krieger,

          Plaintiffs,

v.

Summit Mortgage Corporation, Mortgage Electronic Registration Services, Inc., GMAC Mortgage, LLC, and Does 1-10,

          Defendants.

Civil No. 12-2522 (SRN/JJG)

**ORDER ON REPORT AND RECOMMENDATION**

The above-entitled matter came before the Court upon the Report and Recommendation of the United States Magistrate Judge. No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all the files, records and proceedings herein,

**IT IS HEREBY ORDERED** that:

1. The Report and Recommendation is **ADOPTED**;

2. Defendants MERS and GMAC's Motion for Sanctions and, in the alternative, Motion to Dismiss (Doc. No. 4) is **GRANTED IN PART** and **DENIED IN PART**;

3. Defendant Summit's Motion to Dismiss (Doc. No. 11) is **GRANTED**; and

4. The case is dismissed **WITH PREJUDICE**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  March 19, 2013                s/Susan Richard Nelson
                                               SUSAN RICHARD NELSON
                                               United States District Judge